UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
and THOMAS FISHER,

WISCONSIN LABORERS DISTRICT COUNCIL,

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST FUND,

        Plaintiffs,

vs.                              Case No. 08-559

BRIAN HILL, MIKLOS HILL, DARRELL HILL
d/b/a HILL TRUCKING/CONSTRUCTION,

        Defendant.

## ORDER FOR JUDGMENT

Motion for Judgment on the Pleadings brought by the plaintiffs in the above-captioned action was submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1.    Defendant Brian Hill d/b/a Hill Trucking/Construction filed its answer admitting to all allegations as stated on the Summons.

2.    Brian Hill d/b/a Hill Trucking/Construction violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by

failing to pay fringe benefit contributions on behalf of its employees to the plaintiff funds.

3. As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of contributions, liquidated damages and interest.

4. The court assesses the total damages to the plaintiffs in the sum of $33,558.45

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of plaintiffs, Wisconsin Laborers Health Fund, Wisconsin Laborers Pension Fund, Thomas Fisher, Wisconsin Laborers District Council and Wisconsin Laborers-Employers Cooperation and Education Trust Fund, and against defendant Brian Hill d/b/a Hill Trucking/Construction in the amount of $33,558.45 together with interest at the rate allowed by law.

Dated this 8th day of December, 2008.

BY THE COURT

*Barbara B. Crabb*
U. S. District Court Judge