IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION
TRUST FUND, WISCONSIN LABORERS
DISTRICT COUNCIL and THOMAS FISHER,

                                         JUDGMENT IN A CIVIL CASE

        Plaintiffs,

                                           Case No.  08-cv-559-bbc

v.

BRIAN HILL d/b/a HILL TRUCKING/CONSTRUCTION,

        Defendant.

---

       This action came for consideration before the court with District Judge
Barbara B. Crabb presiding.  The issues have been considered and a decision has
been rendered.

---

       IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

plaintiffs Wisconsin Laborers Health Fund, Wisconsin Laborers Pension Fund,

Wisconsin Laborers-Employers Cooperation and Education Trust Fund, Wisconsin

Laborers District Council and Thomas Fisher, against defendant Brian Hill d/b/a

Hill Trucking/Construction in the amount of $33,558.45 together with interest at

the rate allowed by law.


By: Lynn Krenke, Deputy Clerk             12-10-08
Peter Oppeneer, Clerk of Court              Date